MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00244 MHP |
|    Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JANUARY 24, 2011, TO MARCH 7, 2011. |
| MICHAEL ANTHONY NELSON, | |
|    Defendant. | |

    With the agreement of the parties in open court on January 24, 2011, and with the consent of the defendant Michael Anthony Nelson, the Court enters this order (1) setting a status conference in District Court on March 7, 2011, at 10:00 a.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 24, 2011, to March 7, 2011.  The Court finds and holds, as follows:

    1.  The defendant appeared in custody before this Court on January 24, 2011, for a status hearing.  Counsel for the defendant represented that he had obtained discovery, that some of the discovery overlapped with a federal prosecution in the Northern District of Illinois for which the

[PROPOSED] ORDER EXCLUDING TIME
CR10-00244-MHP

1  defendant is now serving a sentence, that the present investigation involves a business entity for
2  which there exists a volume of documents that require review, that the defendant intends to
3  conduct his own investigation, and that the defendant intends to request additional discovery
4  from the government. The defendant requested that time be excluded from the Speedy Trial Act
5  from January 24, 2011, to March 7, 2011. The government agreed to the proposed exclusion of
6  time.

7  2. The Court finds that, taking into account the public interest in the prompt disposition of
8  criminal cases, granting the continuance to March 7, 2011, is necessary for effective preparation
9  of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds
10 that the ends of justice served by excluding the period from January 24, 2011, to March 7, 2011
11 outweighs the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §
12 3161(h)(7)(A).

13 3. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on
14 March 7, 2011 at 10:00 a.m., and (2) orders that the period from January 24, 2011, to March 7,
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

2011 is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: January 25, 2011                Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney


                                       ___/s/___
                                       MICHELLE J. KANE
                                       Assistant United States Attorney


Dated: January 25, 2011                BARRY PORTMAN
                                       Federal Public Defender


                                       ___/s/___
                                       RONALD TYLER
                                       Assistant Federal Public Defender
                                       Counsel for Michael Anthony Nelson

IT IS SO ORDERED.

DATED: _January 26, 2011_

                                       _____
                                       MARILYN HALL PATEL
                                       United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

[PROPOSED] ORDER EXCLUDING TIME
CR10-00244-MHP                                    -3-