MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00244 MHP |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | MARCH 7, 2011, TO APRIL 11, 2011. |
| MICHAEL ANTHONY NELSON, ) | |
|    Defendant. ) | |

    With the agreement of the parties in open court on March 7, 2011, and with the consent of the defendant Michael Anthony Nelson, the Court enters this order (1) setting a status conference in District Court on April 11, 2011, at 10:00 a.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 7, 2011, to April 11, 2011. The Court finds and holds, as follows:

    1. Counsel for both parties represented that discovery is ongoing in the matter and that completing discovery will require the resolution of certain attorney-client privilege issues. Counsel for defendant requires additional time to review items that the government has made

1 available for inspection. The defendant, who is in custody and was present in court, requested
2 that time be excluded from the Speedy Trial Act from March 7, 2011, to April 11, 2011, to allow
3 defense counsel further preparation and to allow the parties to conduct needed investigation. The
4 government agreed to the proposed exclusion of time.
5     2. The Court finds that, taking into account the public interest in the prompt disposition of
6 criminal cases, granting the continuance to April 11, 2011, is necessary for effective preparation
7 of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds
8 that the ends of justice served by excluding the period from March 7, 2011, to April 11, 2011,
9 outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §
10 3161(h)(7)(A).
11     3. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on
12 April 11, 2011 at 10:00 a.m., and (2) orders that the period from March 7, 2011, to April 11,
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 MHP                              -2-

1  2011 is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and
2  3161(h)(7)(A) and (B)(iv).

4  IT IS SO STIPULATED.

6  Dated: March 18, 2011                    Respectfully submitted,

7                                           MELINDA HAAG
                                            United States Attorney

10                                          _____/s/_____
                                            MICHELLE J. KANE
                                            Assistant United States Attorney

12 Dated: March 18, 2011                    BARRY PORTMAN
                                            Federal Public Defender

15                                          _____/s/_____
                                            RONALD C. TYLER
                                            Assistant Federal Public Defender
16                                          Counsel for Michael Anthony Nelson

17 IT IS SO ORDERED.

18 DATED: __3/22/2011_____

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 MHP                             -3-