MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00244 MHP |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 16, 2011, TO JUNE 13, 2011. |
| MICHAEL ANTHONY NELSON, ) | |
|    Defendant. ) | |

With the agreement of the parties in open court on May 16, 2011, and with the consent of the defendant Michael Anthony Nelson, the Court enters this order (1) setting a status conference in District Court on June 13, 2011, at 10:00 a.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 16, 2011, to June 13, 2011. The Court finds and holds, as follows:

   1. Counsel for the defendant, who is in custody and was present in court, represented that the parties anticipated resolving the case. The defendant requested that time be excluded from the Speedy Trial Act from May 16, 2011, to June 13, 2011, to allow defense counsel further preparation. The government agreed to the proposed exclusion of time.

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 MHP

1  2. The Court finds that, taking into account the public interest in the prompt disposition of
2  criminal cases, granting the continuance to June 13, 2011, is necessary for effective preparation
3  of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds
4  that the ends of justice served by excluding the period from May 16, 2011, to June 13, 2011,
5  outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §
6  3161(h)(7)(A).
7  3. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on
8  June 13, 2011 at 10:00 a.m., and (2) orders that the period from May 16, 2011, to June 13, 2011,
9  is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and
10 3161(h)(7)(A) and (B)(iv).
11 IT IS SO STIPULATED.

13 Dated: May 17, 2011            Respectfully submitted,

14                                MELINDA HAAG
                                  United States Attorney

16                                  /s/

17                                _____
                                  MICHELLE J. KANE
                                  Assistant United States Attorney

19 Dated: May 17, 2011            BARRY PORTMAN
                                  Federal Public Defender

21                                  /s/

22                                _____
                                  RONALD TYLER
                                  Assistant Federal Public Defender
23                                Counsel for Michael A. Nelson

24 IT IS SO ORDERED.

25
   DATED: _5/18/2011_____
26                                _____
                                  MARILYN HALL PATEL
27                                United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel, United States District Court, Northern District of California (seal)

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 MHP                              -2-