1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant NELSON

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                          )   No. CR 10-0244 EMC
                  Plaintiff,              )
12                                        )
13 vs.                                    )   STIPULATION AND [PROPOSED]
                                          )   ORDER TO CONTINUE HEARING
   MICHAEL ANTHONY NELSON,                )
14                                        )
                  Defendant.              )
15 _____)

16                                    **STIPULATION**

17     The parties agree to continue the hearing in the above-captioned matter by two weeks from

18 September 7, 2011 until September 21, 2011 at 3:00 p.m.  The purpose of the continuance is to

19 afford additional time for defense counsel to respond to factual assertions raised in the government's

20 opposition.  Defendant's reply will be due September 14, 2011.  The requested continuance takes

21 into account the absence of defense counsel currently on leave from August 16 until August 30.

22     The parties agree that the period from September 7, 2011 until September 21, 2011 is

23 expressly excluded by statute from any otherwise applicable time limits under the Speedy Trial Act.

24 18 U.S.C. § 3161(h)(1)(d) (time excluded through hearing or other prompt disposition of motion).

25 / /

26 / /

Stipulation and Order to Continue Hearing;
*U.S. v. Michael Anthony Nelson;* CR 10-0244 EMC

1  IT IS SO STIPULATED:

2  DATED:     August 24, 2011              _____/s/_____
                                           RONALD TYLER
3                                          Assistant Federal Public Defender

4

5                                          MELINDA HAAG
                                           United States Attorney
6

7  DATED:     August 24, 2011              _____/s/_____
                                           MICHELLE KANE
8                                          Assistant United States Attorney

9

10

11                          **[PRO~~P~~OSED] ORDER**

12     For the aforementioned reasons, this matter is continued until September 21, 2011 at 3:00 p.m.

13     Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(d), the period from September 7,

14  2011 until September 21, 2011 is excluded in computing the time within which the trial in this

15  matter must commence.

16   IT IS SO ORDERED.

17

18  DATED:  8/30/11                        _____
                                           HONORABLE
19                                         UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

Stipulation and Order to Continue Hearing;
*U.S. v. Michael Anthony Nelson;* CR 10-0244 EMC    - 2 -