1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: michelle.kane3@usdoj.gov

8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO  DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. CR 10-00244 EMC
                                      )
15         Plaintiff,                 )
                                      )   STIPULATION AND [PROPOSED]
16     v.                             )   ORDER EXCLUDING TIME FROM
                                      )   OCTOBER 26, 2011, TO DECEMBER 21,
17  MICHAEL ANTHONY NELSON,           )   2011.
                                      )
18         Defendant.                 )
                                      )
19

20       With the agreement of the parties in open court on October 26, 2011, and with the consent of

21  the defendant Michael Anthony Nelson, the Court enters this order (1) setting a status conference

22  in District Court on December 21, 2011, at 2:30 p.m., and (2) documenting the exclusion of time

23  under the Speedy Trial Act, 18 U.S.C. § 3161, from October 26, 2011, to December 21, 2011.

24  The Court finds and holds, as follows:

25       1. The parties previously appeared before District Judge Edward M. Chen on October 13,

26  2011. At that time, Counsel for defendant informed the Court and counsel for the government

27  that the defendant had filed a *pro se* appeal of the Court's order denying defendant's motion to

28  suppress evidence. The Court set a further status conference for October 26, 2011, to give the

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC

1   counsel for defendant time to investigate and found that the period from October 13, 2011, to
2   October 26, 2011, was properly excluded under the Speedy Trial Act to allow defense counsel
3   further preparation. The government agreed to the proposed exclusion of time.
4       2.  On October 25, 2011, a Clerk's Order was filed by the Clerk of the Ninth Circuit Court of
5   Appeals directing defendant to move for voluntary dismissal of his appeal or to show cause why
6   it should not be dismissed for lack of jurisdiction. The Order states that defendant is to file his
7   response within twenty-one days of the order and that any response is to be filed within ten days
8   following the filing of defendant's response.
9       3.  The parties appeared on October 26, 2011 before District Judge Edward M. Chen.  Based
10  on the aforementioned Clerk's Order, the Court scheduled a further status conference for
11  December 21, 2011, at 2:30 pm. Counsel for the defendant, who was present and in custody,
12  requested that the period until December 21, 2011, be excluded under the Speedy Trial Act to
13  allow defense counsel time for further preparation.
14      4.  The Court finds that, taking into account the public interest in the prompt disposition of
15  criminal cases, granting the continuance from October 26, 2011 to December 21, 2011, is
16  necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court
17  also notes the existence of the Ninth Circuit proceedings. Given these circumstances, the Court
18  finds that the ends of justice served by excluding the period from October 26, 2011, to December
19  21, 2011, outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C.
20  § 3161(h)(7)(A).
21  //
22
23
24
25
26
27
28

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC                    -2-

1    5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on December 21, 2011, at 2:30 p.m., and (2) orders that the period from October 26, 2011, to December 26, 2011, is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: November 1, 2011         Respectfully submitted,

                                MELINDA HAAG
                                United States Attorney


                                 /s/
                                _____
                                MICHELLE J. KANE
                                Assistant United States Attorney


Dated: November 1, 2011         BARRY PORTMAN
                                Federal Public Defender


                                 /s/
                                _____
                                RONALD TYLER
                                Assistant Federal Public Defender
                                Counsel for Michael A. Nelson

IT IS SO ORDERED.

Dated:  11/4/11
       _____
       EDWARD M. CHEN
       [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC                          -3-