1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: michelle.kane3@usdoj.gov

8  Attorneys for United States of America

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO  DIVISION

13
   UNITED STATES OF AMERICA,        )    No. CR 10-00244 EMC
14                                  )
          Plaintiff,                )
15                                  )    STIPULATION AND [PROPOSED]
       v.                           )    ORDER EXCLUDING TIME UNDER
16                                  )    SPEEDY TRIAL ACT FROM AUGUST
   MICHAEL ANTHONY NELSON,          )    29, 2012, THROUGH OCTOBER 17, 2012.
17                                  )
          Defendant.                )
18  _____)

19     With the agreement of the parties in open court on August 29, 2012, and with the consent of

20  the defendant Michael Anthony Nelson, the Court enters this order (1) setting a status conference

21  in District Court on October 17, 2012, at 2:30 p.m., and (2) documenting the exclusion of time

22  under the Speedy Trial Act, 18 U.S.C. § 3161, from August 29, 2012, through and including

23  October 29, 2012. The Court finds and holds, as follows:

24      1. New counsel, Kenneth Wine, was appointed by Magistrate Judge Elizabeth D. Laporte

25  on August 27, 2012.

26      2. The parties appeared before District Judge Edward M. Chen on August 29, 2012.

27  Counsel for the government informed the court that the government was re-producing discovery

28  to new counsel. Counsel for defendant requested time to review the record and investigate the

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC

1 | case.

2 | 3. The Court ordered that the status conference be continued to October 17, 2012, and
3 | that the parties return on that date to determine whether trial could go forward as scheduled on
4 | January 22, 2013.

5 | 4. Counsel for defendant requested that the period from August 29, 2012, through and
6 | including October 17, 2012, be excluded under the Speedy Trial Act to allow defense counsel
7 | time for preparation. The government agreed to the proposed exclusion of time.

8 | 5. The Court finds that, as of August 29, 2012, taking into account the public interest in
9 | the prompt disposition of criminal cases, granting the continuance from August 29, 2012,
10 | through and including October 17, 2012, is necessary for effective preparation of newly-
11 | appointed defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court
12 | finds that the ends of justice served by excluding the period from August 29, 2012, through and
13 | including October 17, 2012, outweighs the best interest of the public and the defendant in a
14 | speedy trial. 18 U.S.C. § 3161(h)(7)(A).
15 | //

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC                           -2-

6. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on October 17, 2012, at 2:30 p.m., and (2) orders that the period from August 29, 2012, through and including October 17, 2012,  is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: October 17, 2012                    Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
MICHELLE J. KANE
Assistant United States Attorney

Dated: October 17, 2012

_____/s/_____
KENNETH WINE
Counsel for Michael A. Nelson

IT IS SO ORDERED.

Dated: __October 19, 2012__                    _____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC                             -3-