MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00244 EMC |
|    Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM OCTOBER 17, 2012, THROUGH JANUARY 16, 2013. |
| MICHAEL ANTHONY NELSON, | |
|    Defendant. | |

With the agreement of the parties in open court on October 17, 2012, and with the consent of the defendant Michael Anthony Nelson, the Court enters this order (1) setting a status conference in District Court on January 16, 2013, at 2:30 p.m., and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 17, 2012, through and including January 16, 2013. The Court finds and holds, as follows:

   1. The parties previously appeared before District Judge Edward M. Chen on August 29, 2012. At that time, counsel for the government informed the court that the government was re-producing discovery to new counsel. Counsel for defendant requested time to review the record and investigate the case. The Court ordered the parties to return on October 17, 2012, for further status regarding the scheduled January 22, 2013, trial date.

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC

1     2. On October 17, 2012, counsel for defendant informed the Court that he was unable to proceed with trial on January 22, 2013, because he could not effectively prepare for the January trial date given a previously-scheduled December trial in another matter.

3. At defense counsel's request, the Court re-set the trial for May 20, 2013, at 8:30 a.m. The Court also ordered that a status conference be set for January 16, 2013.

4. Counsel for defendant requested that the period from October 17, 2012, through and including January 16, 2013, be excluded under the Speedy Trial Act to allow defense counsel time to prepare for trial, given the significant record in the case and the number of likely witnesses. The government agreed to the proposed exclusion of time.

5. The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting the continuance from October 17, 2012, through and including January 16, 2013, is necessary for effective preparation of newly-appointed defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 17, 2012, through and including January 16, 2013, outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

1   6. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on January 16, 2013, at 2:30 p.m., and (2) orders that the period from October 17, 2012, through and including January 16, 2013, is excluded from Speedy Trial Act computation under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: October 18, 2012                     Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            _____/s/_____
                                            MICHELLE J. KANE
                                            Assistant United States Attorney

Dated: October 18, 2012


                                            _____/s/_____
                                            KENNETH WINE
                                            Counsel for Michael A. Nelson

IT IS SO ORDERED.

Dated: __October 19, 2012__

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (signature stamp, United States District Court, Northern District of California)

[PROPOSED] ORDER EXCLUDING TIME
CR 10-00244 EMC                              -3-