1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   MICHELLE J. KANE (CABN 210579)
5  Assistant United States Attorney

6     1301 Clay Street, Suite 340S
      Oakland, CA 94612
7     Telephone: (510) 637-3680
      Fax: (510) 637-3724
8     E-Mail: michelle.kane3@usdoj.gov

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )    No. CR 10-00244 EMC
14                                   )
          Plaintiff,                 )    STIPULATION AND [PROPOSED]
15                                   )    ORDER CONTINUING SENTENCING
       v.                            )    HEARING
16                                   )
   MICHAEL ANTHONY NELSON,           )    Hearing Date: July 10, 2013
17                                   )    Hearing Time: 2:30 p.m.
          Defendant.                 )    Courtroom No. 5
18  _____)

19       The parties hereto stipulate as follows:

20       1.    Counsel for Mr. Nelson has been informed that Mr. Nelson is receiving necessary

21  medical treatment that is scheduled to be completed on August 14, 2013, and that will therefore

22  not be completed by the current date of sentencing.

23       2.    The parties are in agreement to continue the current sentencing date of July 10,

24  2013, to August 21, 2013, at which time Mr. Nelson should be finished with his treatment.

25       3.    U.S. Probation Officer Constance Cook, the probation officer assigned to this

26  //

27

28

   STIP. & [PROPOSED] ORDER
   CR 10-00244 EMC

1   case, is in agreement with this request and is available on August 21, 2013.

2   IT IS SO STIPULATED.

3   Dated: June 13, 2013                    Respectfully submitted,

4                                           MELINDA HAAG
                                            United States Attorney
5

6                                           _____/s/_____
                                            MICHELLE J. KANE
7                                           Assistant United States Attorney

8   Dated: June 13, 2013

9

10                                          _____/s/_____
                                            KENNETH WINE
11                                          Counsel for Michael A. Nelson

12                              **ORDER**

13          FOR GOOD CAUSE SHOWN, It is hereby ordered that Defendant Michael Nelson's

14  Sentencing Hearing is continued from July 10, 2013, to August 21, 2013, at 2:30 p.m.

15  IT IS SO ORDERED.

16
                        6/20/13
17  Dated: _____

18                                          EDWARD M. CHEN

19                                          IT IS SO ORDERED

20                                          Judge Edward M. Chen

21

22

23

24

25

26

27

28